**CHARLES J.S. WOODSON**, CSBN: 258791
Law Office of Charles J.S. Woodson
717 Washington Street
Oakland, CA 94607
Tel. (415) 244-5213
Fax. (510) 288-0444
cwoodson@cjswlaw.com

Attorney for Defendant
**JOAQUIN CHAVEZ-NAVARRO**

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>        Plaintiff,<br><br><br>v.<br><br><br><br>**JOAQUIN CHAVEZ-NAVARRO**,<br><br>        Defendant. | Case No.: 14-cr-489-CRB<br><br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING TO JANUARY 13, 2016**<br><br><br>Date: November 18, 2015<br>Time: 4:00 pm<br>Court: Hon. Charles R. Breyer |

   **IT IS HEREBY STIPULATED** by the parties that the presently scheduled status conference hearing for November 18th, 2015 at 4:00 p.m. be continued to January 13th, 2016 at 2:00 p.m.

   The Government has provided discovery to defense counsel and counsel is requesting time to review the discovery and discuss options with Mr. Chavez-Navarro. Furthermore, Mr. Chavez-Navarro has medical conditions, brain cancer, skull cancer, and face cancer, that have slowed the process of reviewing the discovery and discussing his options. Counsel has kept the Government informed of Mr. Chavez-Navarro's medical conditions and counsel has been working with Mr. Chavez-Navarro to get him medical insurance and set up medical appointments to treat the cancer.

Both parties are requesting that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(I), and ((h)(7)(B)(iv) for necessary effective preparation of defense counsel taking into account the exercise of due diligence and for continuity of counsel.

Date: November 16, 2015

_____/S/_____
CHARLES J.S. WOODSON
Attorney for Defendant
JOAQUIN CHAVEZ-NAVARRO

Dated: November 16, 2015

_____/S/_____
MATTHEW L. McCARTHY
Assistant United States Attorney

**IT IS SO ORDERED**.

Dated: November 17, 2015

_____
Hon. CHARLES R. BREYER
United States District Judge